| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Global Discovery Biosciences Corporation, a Delaware corporation**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **46-5402042**

**4. Debtor's address**

**Principal place of business**

**13885 Alton Parkway #B**
**Irvine, CA 92618**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    **gdbiosciences.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Global Discovery Biosciences Corporation, a Delaware corporation**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Global Discovery Biosciences Corporation, a Delaware corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Global Discovery Biosciences Corporation, a Delaware corporation**
Name

Case number (if known)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 11, 2021**
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

**Dan Angress**
Printed name

Title  **Chief Executive Officer and Secretary**

**18. Signature of attorney**

X  **/s/ JEFFREY I. GOLDEN**
Signature of attorney for debtor

Date  **March 11, 2021**
MM / DD / YYYY

**Jeffrey I. Golden 133040**
Printed name

**WEILAND GOLDEN GOODRICH LLP**
Firm name

**650 Town Center Drive
Suite 600
Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 966-1000**    Email address  **jgolden@wgllp.com**

**133040 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Global Discovery Biosciences Corporation, a Delaware corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 11, 2021**    X  _/s/ Dan Angress_
                                       Signature of individual signing on behalf of debtor

**Dan Angress**
Printed name

**Chief Executive Officer and Secretary**
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Global Discovery Biosciences Corporation, a Delaware corporation** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Centers for Medicare & Medicaid Services (CMS) 7500 Security Blvd. Windsor Mill, MD 21244 | | Loan | | | | $724,903.01 |
| Sage Law Partners, P.C. 9606 Culver Blvd., Suite 301 Culver City, CA 90232 | | Attorney's Fees | | | | $65,818.88 |
| Jon R. Robertson, Esq. Robertson & Culver, LLP 2601 Mail Street Suite 500 Irvine, CA 92614 | | Attorney's Fees | | | | $51,166.75 |
| SQI Diagnostics 36 Meteor Drive Toronto, Ontario M9W 1A4 | | Vendor | | | | $40,000.00 |
| QuarterSpot Inc. 345 7th Avenue New York, NY 10001 | | Loan | | | | $37,768.41 |
| FedEx PO Box 7221 Pasadena, CA 91109-7321 | | Vendor | | | | $17,177.17 |
| Eppendorf North America, Inc. PO Box 13274 Newark, NJ 07101 | | Vendor | | | | $10,673.00 |

Debtor **Global Discovery Biosciences Corporation, a Delaware corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fisher Scientific**<br>11450 Compaq Center West<br>Houston, TX 77070 | | **Vendor** | | | | $8,774.81 |
| **Staples Business Advantage**<br>PO Box 660409<br>Dallas, TX 75266-0409 | | **Vendor** | | | | $3,183.26 |
| **American Proficiency Institute**<br>Department 9526<br>PO Box 30516<br>Lansing, MI 48909-8016 | | **Vendor** | | | | $1,874.00 |
| **Abbott Laboratories, Inc.**<br>PO Box 92679<br>Chicago, IL 60675 | | **Vendor** | | | | $1,633.33 |
| **Aleksander Vagin**<br>18843 Hatteras Street, Unit 11<br>Tarzana, CA 91356 | | | | | | $1,140.00 |
| **Schick Moving & Storage Co.**<br>PO Box 3627<br>Tustin, CA 92781 | | **Vendor** | | | | $1,111.46 |
| **Tosoh Bioscience, Inc.**<br>PO Box 712415<br>Cincinnati, OH 45271-2415 | | **Vendor** | | | | $956.00 |
| **The Atlas Software LLC**<br>19745 Colima Road #175<br>Suite E<br>Rowland Heights, CA 91748 | | **Vendor** | | | | $661.39 |
| **Stericycle, Inc.**<br>PO Box 6578<br>Carol Stream, IL 60197-6578 | | **Vendor** | | | | $442.84 |
| **Irvine Police Department**<br>1 Civic Center Plaza<br>PO Box 19675<br>Irvine, CA 92623-9575 | | **Donation** | | | | $300.00 |

Debtor **Global Discovery Biosciences Corporation, a Delaware corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service<br>Official Noticing Address<br>for BK<br>POB 7346<br>Philadelphia, PA 19101-7346** | | | | | | **$54.70** |
| **Uline<br>PO Box 88741<br>Chicago, IL 60680** | | **Vendor** | | | | **$37.85** |
| **Lease Corporation of America<br>3150 Livernois Road<br>Suite 300<br>Troy, MI 48083** | | | | **$52,962.70** | **Unknown** | **Unknown** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

.

Jeffrey I. Golden
WEILAND GOLDEN GOODRICH LLP
650 Town Center Drive
Suite 600
Costa Mesa, CA 92626


Global Discovery Biosciences Corporation, a Delaware corporation
13885 Alton Parkway #B
Irvine, CA 92618

Abbott Laboratories, Inc.
PO Box 92679
Chicago, IL 60675

Aleksander Vagin
18843 Hatteras Street, Unit 11
Tarzana, CA 91356

American Proficiency Institute
Department 9526
PO Box 30516
Lansing, MI 48909-8016

Brian L. Sirota, Esq.
SIROTA & ASSOCATES
2445 West Chapman Avenue
Suite 150
Orange, CA 92868

California Deparatment of Tax and
Fee Administration
PO Box 942879
Sacramento, CA 94279-0055

California Franchise Tax Board
Special Operations Bankruptcy Team
MIC: 74
PO Box 942879
Sacramento, CA 94279-0074

Centers for Medicare & Medicaid
Services (CMS)
7500 Security Blvd.
Windsor Mill, MD 21244

David A. Seal, Esq.
Potter Anderson Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

Dr. Khalid Bin Jabor Al-Thani
5 Centre Court
Dana Point, CA 92629


Eppendorf North America, Inc.
PO Box 13274
Newark, NJ 07101


Eric Landau, Esq.
Travis Biffar, Esq.
THOMAS WHITELAW & KOLEGRAFF LLP
18101 Von Karman Ave., Suite 230
Irvine, CA 92612


Estrella Harrington


FedEx
PO Box 7221
Pasadena, CA 91109-7321


Financial Pacific Leasing, Inc.
PO Box 4568
Auburn, WA 98001


Fisher Scientific
11450 Compaq Center West
Houston, TX 77070


George D. Straggas, Esq.
Eric D. Dean, esq.
STRAGGAS DEAN LLP
8911 Research Drive
Irvine, CA 92618

Internal Revenue Service
Official Noticing Address
for BK
POB 7346
Philadelphia, PA 19101-7346


Irvine Police Department
1 Civic Center Plaza
PO Box 19675
Irvine, CA 92623-9575


James M. Whitelaw
Eric Landau
THOMAS WHITELAW & KOLEGRAFFF LLP
18101 Von Karman Avenue, Suite 230
Irvine


Jon R. Robertson, Esq.
Robertson & Culver, LLP
2601 Mail Street
Suite 500
Irvine, CA 92614


Lease Corporation of America
3150 Livernois Road
Suite 300
Troy, MI 48083


Michael K. Burke
Reich Radcliffe & Hoover LLP
4675 Macarthur Court, Suite 550
Newport Beach, CA 92660


Munira Al Dafna
Zone 68
Street 935
House 102, Doha Qater


PHD
13885 Alton Parkway, Suite B
Irvine, CA 92618

QuarterSpot Inc.
345 7th Avenue
New York, NY 10001


Sage Law Partners, P.C.
9606 Culver Blvd., Suite 301
Culver City, CA 90232


Schick Moving & Storage Co.
PO Box 3627
Tustin, CA 92781


SQI Diagnostics
36 Meteor Drive
Toronto, Ontario M9W 1A4


Staples Business Advantage
PO Box 660409
Dallas, TX 75266-0409


Stericycle, Inc.
PO Box 6578
Carol Stream, IL 60197-6578


Sterns Bank N.A.
500 13th Street
Albany, MN 56307


Steven Dicterow
Leving & Dicterow
301 Forest Ave.
Second Floor
Laguna Beach, CA 92651

The Atlas Software LLC
19745 Colima Road #175
Suite E
Rowland Heights, CA 91748


Tosoh Bioscience, Inc.
PO Box 712415
Cincinnati, OH 45271-2415


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Uline
PO Box 88741
Chicago, IL 60680


William E. Levin, Esq.
Levin Intellectual Property Group
668 North Coast Highway
Floor 668
Laguna Beach, CA 92651