United States Bankruptcy Court

Central District of California

In re:  Case No. 21-10619-MW

Global Discovery Biosciences Corporation  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Global Discovery Biosciences Corporation, a Delawa, 13885 Alton Parkway, #B, Irvine, CA 92618-1647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021       Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth Gaschen | on behalf of Debtor Global Discovery Biosciences Corporation a Delaware corporation bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com |
| Charity J Manee | on behalf of Interested Party Khalid Bin Jabor Al Thani cmanee@goeforlaw.com  kmurphy@goeforlaw.com |
| Jeffrey I Golden | on behalf of Debtor Global Discovery Biosciences Corporation a Delaware corporation jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com |
| Jeremy Faith | on behalf of Trustee Mark M Sharf (TR) Jeremy@MarguliesFaithlaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 27, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jeremy Faith

on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Marc C Forsythe

on behalf of Interested Party Trivalley Trading & Contracting WLL kmurphy@goeforlaw.com
mforsythe@goeforlaw.com;goeforecf@gmail.com

Marc C Forsythe

on behalf of Interested Party Khalid Bin Jabor Al Thani kmurphy@goeforlaw.com
mforsythe@goeforlaw.com;goeforecf@gmail.com

Mark M Sharf (TR)

mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com

Michael J Hauser

on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Monserrat Morales

on behalf of Interested Party Courtesy NEF Monsi@MarguliesFaithLaw.com
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

Monserrat Morales

on behalf of Trustee Mark M Sharf (TR) Monsi@MarguliesFaithLaw.com
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

Richard H Golubow

on behalf of Creditor Predictive Health Diagnostics rgolubow@wghlawyers.com
jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

Sonja Hourany

on behalf of Debtor Global Discovery Biosciences Corporation  a Delaware corporation shourany@wgllp.com,
kadele@wgllp.com;lbracken@wgllp.com;shourany@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 14

**FILED & ENTERED**

OCT 27 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle         DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Global Discovery Biosciences
Corporation, a Delaware corporation

Debtor(s).

Case No.: 8:21-bk-10619-MW

CHAPTER 11

**ORDER CONTINUING HEARING ON MOTION BY SUBCHAPTER V TRUSTEE TO CONVERT CASE TO CHAPTER 7**

Date:         October 25, 2021
Time:         2:00 PM
Courtroom:    6C

The Court, having held a hearing re: motion to continue hearing (the "Motion") on the motion by Subchapter V trustee to convert case to one under Chapter 7, hereby grants the Motion in part; the hearing on motion by Subchapter V trustee to convert case to one under Chapter 7 is continued to December 15, 2021 at 2:00 p.m.

IT IS SO ORDERED.

###

Date: October 27, 2021

Mark S. Wallace
United States Bankruptcy Judge

-1-